An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KAYLA BUGAY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHAEL VILLANI, DISTRICT
JUDGE,
Respondents,
and
CLARK COUNTY SCHOOL DISTRICT,
Real Party in Interest.

No. 62594

**FILED**

JUL 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION FOR*
*WRIT OF MANDAMUS OR PROHIBITION*

This is a petition for a writ of mandamus or prohibition challenging district court orders denying motions for leave to amend. Upon learning that the district court may have entered judgment in the action below, this court issued an order directing petitioner to inform this court of the status of the district court proceedings and to show cause why this petition should not be dismissed in light of the entry of a district court judgment. In her response, petitioner concedes that she may seek relief through a direct appeal, but asks that this court consolidate this writ petition with her appeal, which she intends to file in the near future.

Having considered the writ petition, real party in interest's answer, and petitioner's response to our show cause order, we deny the petition because petitioner has a speedy and adequate remedy in the form of an appeal. *See* NRS 34.170 (providing that writ relief is available when the petitioner does not have a speedy and adequate legal remedy); *Pan v.*

13-22262

*Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (explaining that an appeal is generally an adequate legal remedy precluding writ relief).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Michael Villani, District Judge
Aldrich Law Firm, Ltd.
Clark County School District Legal Department
Eighth District Court Clerk

_____

[1]On July 5, 2013, petitioner filed a notice of withdrawal of her April 24, 2013, stay motion. Thus, no action need be taken on the stay motion.